IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; STATE PERSONNEL BOARD; and in their official capacities JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. Hester, Lieutenant, V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant,

    Defendants.

No. C 13-05671 WHA

**REQUEST FOR SUPPLEMENTAL BRIEFING**

By **NOON ON MONDAY, MAY 5**, both sides are requested to simultaneously file supplemental briefing, no longer than five pages per side, on the following. SPB and its individually-named employee-defendants are sued in their official capacities. Within the four corners of the pleading, the question arises whether SPB or its individually-named employees can be liable for money damages. The question arises whether or not SPB and its individually-named employees remain in the action for purposes of non-monetary relief only.

Pleas be specific and supply on-point decisions re monetary liability for these defendants.

**IT IS SO ORDERED.**

Dated: May 2, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE