IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO, | |
| Plaintiff, | No. C 13-05671 WHA |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; STATE PERSONNEL BOARD; and in their official capacities JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant, V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant, | **ORDER GRANTING MOTION TO CONTINUE HEARING** |
| Defendants. | |

The May 7 order granting in part and denying in part defendants' motion to dismiss set a summary judgment schedule in order to adjudicate plaintiff's Title VII and procedural due process claims. The order set the motion hearing for September 25, 2014.

Defendant State Personnel Board moves to continue the motion hearing to October 2, 2014, because counsel for State Personnel Board will be observing Rosh Hashanah on September 25. Counsel for State Personnel Board has represented that all counsel are available for an October 2 hearing. Good cause shown, the motion hearing on defendants' summary

judgment motions will be continued to October 2, 2014 at 8:00 a.m. No more continuances will be granted.

**IT IS SO ORDERED.**

Dated: May 14, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2