IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
*et al.*,

    Defendants.

No. C 13-05671 WHA

**ORDER REQUESTING
SUPPLEMENTAL BRIEFING**

    As stated at today's hearing, plaintiff shall file a brief, no longer than ten pages, addressing the applicability of the recent Ninth Circuit decision and any facts bearing on his equal protection claim that should have been pled in his complaint by **NOON ON THURSDAY, JULY 10**. Defendants shall file a joint response, no longer than ten pages, that addresses the recent Ninth Circuit decision and any facts stated in plaintiff's brief by **5 P.M. ON FRIDAY, JULY 11**.

Dated: July 8, 2014.

                                               WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE