United States District Court

For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   VICTOR GUERRERO,
11          Plaintiff,                              No. C 13-05671 WHA
12      v.
13   CALIFORNIA DEPARTMENT OF                       **ORDER RE MOTION**
     CORRECTIONS & REHABILITATION;                  **FOR LEAVE TO FILE**
14   STATE PERSONNEL BOARD; and in                  **AMENDED COMPLAINT**
     their official capacities JEFFREY BEARD,
15   Secretary of the California Department of
     Corrections and Rehabilitation; SUZANNE
16   AMBROSE, Executive Officer of State
     Personnel Board; K. CARROLL,
17   Lieutenant; D. SHARP, Sergeant;
     BARBARA LEASHORE, Hearing Officer;
18   C. HESTER, Lieutenant, V. MAYOL,
     Lieutenant; S. COX, Lieutenant; V.
19   MYERS, Sergeant,
20          Defendants.
21   _____/
22          After reviewing the supplemental briefing filed by both sides, plaintiff will be given the
23   benefit of additional discovery in order to make the best possible argument for amending his
24   equal protection claim against both defendants and his Title VII claim against SPB. The May 7
25   order directed plaintiff to complete discovery on his procedural due process claim against both
26   defendants and his Title VII claim against CDCR by September 2, 2014, which is eight weeks
27   after defendants filed their summary judgment motions on those claims. In addition to seeking
28   discovery on those claims, plaintiff is on notice that he should also be actively seeking discovery
     on his equal protection claim and his Title VII claim against SPB by the September 2 deadline.

**United States District Court**
For the Northern District of California

1    Accordingly, plaintiff's current motion for leave to amend is **DENIED WITHOUT PREJUDICE** to a

2    renewed motion once additional discovery has been completed.

3    A renewed motion for leave to amend his equal protection claim against both defendants

4    and his Title VII claim against SPB, no longer than twelve pages, must be filed by **SEPTEMBER**

5    **2, 2014**.  Time to amend will be extended if defendants fail to cooperate in discovery and

6    plaintiff is diligent, which includes bringing any necessary and timely motions to compel.  A

7    proposed amended complaint must be appended to this motion, and should include as an exhibit

8    a redlined or highlighted version identifying all changes.  This will be plaintiff's last chance to

9    seek leave to file an amended complaint, so he must plead his best case and *must include all*

10   *relevant factual allegations* to support his claims.  The opposition brief, no longer than twelve

11   pages, must be filed by **SEPTEMBER 16**.  The reply brief, no longer than six pages, must be filed

12   by **SEPTEMBER 23**.  The motion hearing will be set for **8:00 A.M. ON OCTOBER 2, 2014**.

13

14        **IT IS SO ORDERED.**

15

16   Dated:  July 17, 2014.

                                                                    _____
17                                                                  WILLIAM ALSUP
                                                                    UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26

27

28

2