IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,

    Defendants.

No. C 13-05671 WHA

**ORDER RE HEARING DATE AND REQUEST FOR INFORMATION**

1. The hearing on the pending motions for summary judgment is hereby reset for **TUESDAY, SEPTEMBER 30, 2014, AT 8:00 A.M.** Plaintiff's counsel shall please bring three redlined copies of the proposed third amended complaint and copies of the motion for leave to file a third amended complaint.

2. By **NOON ON SEPTEMBER 29**, the parties shall please file a joint statement answering the following questions.

    a. Dr. Bendick's declaration stated that 25 applicants responded "yes" to Question No. 75 and were withheld from eligibility. Of the 25 applicants, how many were withheld for reasons without reference to use of a different social security number?

    b. How many were withheld solely on account of use of a different social security number?

    c. Have plaintiff's counsel reviewed the files to vet the information in Exhibit B to the declaration of Robert O'Brien? Have plaintiff's counsel determined the reason(s) why each applicant who responded "yes" to Question No. 75 was withheld?

Dated: September 23, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE