IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,

    Defendants.

No. C 13-05671 WHA

**ORDER RE MOTION TO STRIKE**

Plaintiff's reply in support of the motion to strike statements by Robert O'Brien (in his declaration in support of CDCR's motion for summary judgment), identifies an October 2 hearing date. To be clear, the pending summary judgment motions (including the evidentiary objections and motion to strike) shall be heard on **SEPTEMBER 30**.

**IT IS SO ORDERED.**

Dated: September 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE