IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,<br><br>    Defendants.<br>                                                  / | No. C 13-05671 WHA<br><br>**ORDER TO SHOW CAUSE RE OCTOBER 30 HEARING DATE** |

      On September 29, plaintiff filed a motion for leave to file a third amended complaint, noticed for a hearing on October 30. In ECF, however, plaintiff noticed a hearing for September 30. That error was thereafter fixed.

      Now, the parties jointly request that the hearing be continued from October 30 to November 20. No explanation was provided, other than to cite to Local Rule 7-2(a). By **NOON ON OCTOBER 10**, the parties shall file a joint statement showing cause why the motion could not be heard on October 30.

      **IT IS SO ORDERED.**

Dated: October 7, 2014.

                                              WILLIAM ALSUP<br>
                                              UNITED STATES DISTRICT JUDGE