IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,

    Defendants.
    /

No. C 13-05671 WHA

**ORDER GRANTING STIPULATION TO CONTINUE HEARING TO NOVEMBER 20**

    The Court is in receipt of the parties' joint statement and stipulation to continue the hearing on plaintiff's motion for leave to file a third amended complaint to November 20. The stipulation is **GRANTED**. The hearing is hereby reset to **NOVEMBER 20 AT 8:00 A.M.** All existing deadlines remain in place.

    **IT IS SO ORDERED.**

Dated: October 9, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE