IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>          Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (or JANE) DOES 1-100, all of whose true names are unknown,<br><br>          Defendants. | No. C 13-05671 WHA<br><br>**ORDER ADVANCING TRIAL DATE TO MAY 4** |

The jury trial in this case (currently scheduled for May 11) is hereby advanced to **MAY 4, 2015, AT 7:30 A.M.** The final pretrial conference remains on April 29. Please notify all parties and witnesses as appropriate.

**IT IS SO ORDERED.**

Dated: December 24, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE