**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8  VICTOR GUERRERO,

9              Plaintiff,                              No. C 13-05671 WHA

10     v.

11  CALIFORNIA DEPARTMENT OF CORRECTIONS          **ORDER ADVANCING HEARING**
    AND REHABILITATION; STATE PERSONNEL           **DATE, RE PAGE LIMITS, AND**
12  BOARD; and, in their official capacities,     **REQUESTING RESPONSES**
    JEFFREY BEARD, Secretary of the California
13  Department of  Corrections and Rehabilitation;
    SUZANNE AMBROSE, Executive Officer of State
14  Personnel Board; K. CARROLL, Lieutenant; D.
    SHARP, Sergeant; BARBARA LEASHORE,
15  Hearing Officer; C. HESTER, Lieutenant; V.
    MAYOL, Lieutenant; S. COX, Lieutenant; V.
16  MYERS, Sergeant; JOHN (or JANE) DOES 1-100,
    all of whose true names are unknown,
17
                Defendants.
18  _____/

19

20          Now pending are four dueling motions for summary judgment.  In light of the substantial

21  overlap, the reply briefs must not exceed **TEN PAGES**.  Reply declarations are disfavored.

22  The reply deadline is hereby advanced from April 2 to **APRIL 1 AT NOON**.  The hearings on all

23  four motions are hereby advanced from April 16 to **APRIL 14 AT 9:00 A.M.**  Please remember that

24  all existing deadlines remain in place despite the pending summary judgment motions.  In other

25  words, all pretrial filings and disclosures must be made according to the deadlines stated in the

26  Guidelines for Trial and Final Pretrial Conference in Civil Jury Cases.

27          Plaintiff preserved a jury demand for his first and second claims for relief.  By **APRIL 9 AT**

28  **NOON**, please file a joint statement confirming (1) whether a jury trial is still requested and

(2) which issues and claims would be decided by the jury versus the judge.  If a jury trial is requested, please promptly meet-and-confer in a good faith effort to agree on as much language as possible for proposed substantive jury instructions.  It is generally unhelpful when each side puts in dueling proposed jury instructions for every issue without reading the other side's proposal and without considering whether there are areas of agreement.  By **APRIL 13 AT NOON**, the parties shall please file a joint list of motions *in limine* and the expected length of the trial.

      **IT IS SO ORDERED.**

Dated:   March 13, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2