Marsha J. Chien, State Bar No. 275238
Christopher Ho, State Bar No. 129845
THE LEGAL AID SOCIETY –
   EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096
mchien@las-elc.org
cho@las-elc.org

Attorneys for Plaintiff
VICTOR GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose true names are unknown,<br><br>    Defendants. | Case No.:  C 13-5671-WHA<br><br>[PROPOSED] ORDER MOTION TO REMOVE INCORRECTLY FILED DOCUMENT |

The Court has before it the motion of Plaintiff's counsel to permanently remove certain improperly-filed documents containing sensitive personal information from the docket of this case and to replace those documents with versions that have been properly redacted of that

{00433194.DOC}1    No. C 13-5671 WHA

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS

1  information.

2      GOOD CAUSE APPEARING, Plaintiff's motion is **GRANTED**. The Clerk shall

3  permanently remove the improperly-redacted matters identified in Plaintiff's motion, ~~and~~

4  ~~substitute for them the corresponding redacted matters identified therein.~~

5      **IT IS SO ORDERED.**  The correctly-redacted documents shall be promptly filed, if they have not been

6  Dated: March __17__, 2015   filed already.

7  _____
    WILLIAM ALSUP
    UNITED STATES DISTRICT JUDGE

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge William Alsup]

{00433194.DOC}2      No. C 13-5671 WHA

[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION TO REMOVE
INCORRECTLY FILED DOCUMENTS