United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>    Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (or JANE) DOES 1-100, all of whose true names are unknown,<br><br>    Defendants. | No. C 13-05671 WHA<br><br>**NOTICE RE TRIAL DATE** |

Currently, the trial in this civil action is set to begin on May 4. The undersigned judge, however, has a criminal trial (approximately three weeks) set to begin on or around April 27. If that criminal trial proceeds as scheduled, then this civil trial would likely trail behind. Please be prepared to discuss any conflicts (including witness conflicts) at the April 14 hearing. This notice is merely a courtesy heads-up and is made without prejudice to the pending cross-motions for summary judgment. All existing deadlines remain in place for now.

Dated: March 26, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE