IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO, <br><br> Plaintiff, <br><br> v. <br><br> CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; et al., <br><br> Defendants. | No. C 13-05671 WHA <br><br> **REQUEST FOR RESPONSE** |

In light of the voluminous summary judgment record, this order asks the parties to please confirm the following facts:

1. Victor Guerrero held "undocumented" status in our country from 1990 to 2007. Guerrero entered this country in 1990 (age eleven).

2. Guerrero first used a false SSN in 1995 (age fifteen).

3. Guerrero obtained an ITIN in 1997 (age seventeen).

4. As an adult, Guerrero used a false SSN from 1997 (age eighteen) to 2007 (age 28).

5. Guerrero became a lawful permanent resident in 2007.

6. The first year Guerrero could lawfully qualify for a genuine SSN was 2007.

7. Guerrero could not qualify for a genuine SSN in 1997.

8. Guerrero acquired a genuine SSN in 2007.

9. Guerrero became a naturalized U.S. citizen in 2011 (age 32).

10. Attached is a diagram of CDCR correctional officer applicants from 2009 to 2014.

Please confirm that this diagram accurately reflects the facts in our record and that there are no areas of disagreement.

11. After the budget fell out for adding a polygraph, CDCR added Question No. 75. Please explain the connection, if any, between the proposed polygraph and Question No. 75.

12. Guerrero is currently employed as a cashier clerk at San Joaquin County Human Resources Division.

The parties shall please respond to this request in a submission **NOT TO EXCEED TWO PAGES** (no attachments and no footnotes) by **APRIL 10 AT NOON**. For each item listed above, please respond with either: (1) agree or (2) disagree. For any areas of disagreement, please provide a pin cite (*e.g.*, docket number, page number, paragraph in declaration) to our summary judgment record and a short, specific description of the disagreement. This is not an opportunity to expand the summary judgment record.

Dated: April 7, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2

# Correctional Officer Candidates
## (2009–2014)

