IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; et al.,

    Defendants.

No. C 13-05671 WHA

**REQUEST FOR FURTHER RESPONSE**

A March 13 order requested a joint statement regarding whether there would be a jury and/or bench trial in this action. Plaintiff contends that there is no right to a jury trial in this action but defendants demand a jury trial "until plaintiff formally dismisses all claims for money damages in this case" (Dkt. No. 150). To ensure our record is clear, plaintiff shall please confirm the following in a statement (not to exceed one page) due by **APRIL 14 AT 5:00 P.M.**:

1. In this action, plaintiff seeks no monetary damages.

2. In this action, plaintiff seeks only prospective injunctive relief, declaratory relief, and/or attorney's fees and costs.

3. Plaintiff waives his demand for a jury trial for all claims in the complaint, including his claims brought under Title VII and Section 1983.

4. In waiving his jury demand, plaintiff has not and will not rely on any jury demand made by defendants.

Dated: April 13, 2015.

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE