IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO, | |
| Plaintiff, | No. C 13-05671 WHA |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; et al., | **REQUEST FOR RESPONSE TO OBJECTIONS** |
| Defendants. | |

The Court is in receipt of the parties' objections to the other side's Rule 26(a)(3) disclosures. The parties have until **APRIL 23 AT NOON**, to file a response (**NOT TO EXCEED FIVE PAGES**).

Dated: April 20, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE