IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; et al.,

    Defendants.

No. C 13-05671 WHA

**NOTICE RE TRIAL DATE**

    Currently, this action is set to proceed to a bench trial on May 4. As the parties are already aware, the Court has a four-week criminal trial set to begin on April 27. When asked to address all pertinent conflicts, CDCR stated that one of their witnesses would be out of the country from May 29 to June 14, and SPB stated that one of their witnesses would be out of the country from June 15 to July 3.

    Accordingly, the undersigned judge is tentatively inclined to continue the trial to **FRIDAY, JUNE 12 AT 7:30 A.M.** We would begin with opening statements and SPB's witness (Christina Lopez) and then proceed with plaintiff's case-in-chief. Please be prepared to discuss this trial plan at the final pretrial conference. For now, please ask all witnesses to keep the weeks of June 15 and June 22 open. Please be aware, however, that currently there is another criminal matter set for trial beginning June 15.

Dated: April 21, 2015.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE