IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; et al.,

    Defendants.

No. C 13-05671 WHA

**REQUEST FOR RESPONSE**

The Court is in receipt of the parties' motions *in limine*.

1. Guerrero moves to exclude certain testimony from David Starnes. By **APRIL 24 AT 2:00 P.M.**, please lodge chamber's copies of Starnes' full deposition transcript.

2. To give Guerrero an opportunity to respond to the points raised in CDCR's opposition to Guerrero's motion *in limine* number 5 (regarding CDCR Expert Jon Michael DuMond), Guerrero has until **APRIL 24 AT NOON**, to file a reply brief (not to exceed three pages).

3. Guerrero's opposition to CDCR's "motion *in limine* number 6" (motion seeking to quash the subpoena against Secretary Jeffrey Beard and requesting sanctions) only argues that the motion was not timely served. Does Guerrero intend to call Secretary Beard at trial? What testimony, if any, would Secretary Beard offer? Guerrero has until **APRIL 27 AT 9:00 A.M.**, to answer these questions and to fully respond to CDCR's motion in a submission not to exceed seven pages.

Dated: April 22, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE