United States District Court
For the Northern District of California

1
2
3
4
5
6                          IN THE UNITED STATES DISTRICT COURT
7
8                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10   VICTOR GUERRERO,
                                                    No. C 13-05671 WHA
11              Plaintiff,

12      v.

13   CALIFORNIA DEPARTMENT OF              **ORDER RE FRCP 26**
     CORRECTIONS AND REHABILITATION;       **DISCLOSURE OBJECTIONS**
14   STATE PERSONNEL BOARD; et al.,

15              Defendants.
                                          /
16

17         The Court filed a tentative order regarding the parties' objections to FRCP 26

18   disclosures on April 30, and gave the parties until May 4, to file specific objections.  No one

19   filed any specific objections to the tentative order.  Accordingly, this order adopts the rulings in

20   the tentative order (Dkt. No. 197).

21         Victor Guerrero, however, has raised two new "concerns" about Captain Robert O'Brien

22   and former CDCR Lieutenant Richard Orr.  To the extent these concerns are timely, Guerrero

23   may renew and address them as appropriate when and if the witnesses are called at trial.

24

25         **IT IS SO ORDERED.**

26

27   Dated:   May 6, 2015.                          _____
                                                    WILLIAM ALSUP
28                                                  UNITED STATES DISTRICT JUDGE