IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, STATE PERSONNEL BOARD, et al.,

    Defendants.

No. C 13-05671 WHA

**NOTICE RE FRIDAY, JUNE 12**

    Counsel are advised that the Court will not be available on Friday, June 12, to hear the testimony of the witness who wants to go on vacation. The Court will, instead, make available the date of June 8 or the morning of June 9 provided counsel confirm promptly. Otherwise, the witness will have to be heard at some later date. Straightening out this snafu is the purpose of the phone call the Court is trying to set up. Counsel shall meet and confer and advise the Court by **4:00 P.M. TODAY** of their proposed solution.

    **IT IS SO ORDERED.**

Dated: May 20, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE