IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION,
STATE PERSONNEL BOARD, et al.,

    Defendants.

                                         /

No. C 13-05671 WHA

**ORDER RE JUNE 9**

      Since SPB failed to explain why Christina Lopez is unavailable to testify live on June 9 and simply stating that she is "unavailable" does not suffice, the June 12 trial date is hereby advanced to **JUNE 9 AT 9 A.M.** so that Lopez can testify live. Both sides and Lopez must be prepared to proceed with her direct and cross at this time. After her testimony, the remainder of the trial will be continued until **MONDAY, JUNE 15 AT 7:30 A.M.** wherein the parties will begin their opening statements and case-in-chief. The parties are responsible for making sure the witnesses they need each day are waiting nearby so that the trial can proceed smoothly without delay. Failure to be ready may result in that side being deemed to have rested. At this point, a formal motion with detailed sworn declarations will be required to adjust the trial date.

      **IT IS SO ORDERED.**

Dated: May 21, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE