IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,

    Defendants.

No. C 13-05671 WHA

**NOTICE AND ORDER RE LAW CLERK'S PERSONAL RELATIONSHIP**

    The Court has been advised that the former girlfriend of the law clerk assigned to help the judge on this case has recently been assigned by the Legal Aid Society to work on this case. By **TUESDAY, JUNE 2 AT NOON**, both sides shall advise whether they have any objection (with the understanding that my law clerk will cease all communication with her so long as the case is pending in the district court).

    **IT IS SO ORDERED.**

Dated: May 29, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE