IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,

    Defendants.

No. C 13-05671 WHA

**REQUEST FOR UPDATE ON CDCR OBJECTION RE LAW CLERK'S PERSONAL RELATIONSHIP**

On May 29, the Court asked both sides whether there was any object to the participation of the law clerk assigned to help the judge on this case, in light of the fact that his former girlfriend was assigned to work on this case by Legal Aid. California Department of Corrections and Rehabilitation objected, noting it "might reconsider its objection if it had more knowledge about the nature of the law clerk's personal relationship."

The Court seeks an update on whether CDCR maintains it objection after considering the declaration of Andrea Levien describing the nature of her relationship with the law clerk.

**IT IS SO ORDERED.**

Dated: June 2, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE