IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,

    Defendants.

No. C 13-05671 WHA

**ORDER RE PLAINTIFF'S ADMINISTRATIVE MOTION**

Plaintiff Victor Guerrero requested that judicial notice be taken of two web pages from the Social Security Administration's website. Plaintiff argues these web pages indisputably prove that the false social security number at issue in our case was not issued to anyone before March of 2004. In the alternative, plaintiff requested that his private investigator, Kendall Welch, be allowed to submit a written declaration in lieu of live testimony to verify the contents of the SSA web pages that she visited. Welch resides in Morro Bay, approximately two-hundred miles from San Francisco.

Defendant California Department of Corrections and Rehabilitation opposes plaintiff's motion and argues that the contents of the SSA website are subject to reasonable dispute because there is a question regarding an asterisk next to the numbers on the website. Moreover, defendant seeks to cross examine Welch to determine her credibility.

Given that this is a trial, Welch must appear in person and defendant shall have an opportunity to cross examine her. The Court takes defense counsel at their word that there is worthwhile cross examination on this topic. Plaintiff's administrative motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: June 8, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE