Marsha J. Chien, State Bar No. 275238
Christopher Ho, State Bar No. 129845
THE LEGAL AID SOCIETY –
 EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail: mchien@las-elc.org
 cho@las-elc.org

Attorneys for Plaintiff
VICTOR GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose names are unknown,<br><br>　　　　Defendants. | Case No. 3:13-cv-05671-WHA<br><br>**PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF**<br><br>[Civil L.R. 7-11]<br><br>Trial Date: June 9, 2015<br>Time: 9:00 a.m.<br>Ctrm: 8 (19th Floor)<br><br>[Hon. William Alsup] |

Plaintiff Victor Guerrero requests that the Court enter an order directing the United States Marshal, subject to any appropriate security protocols, to permit Plaintiff's counsel to bring his voluminous trial exhibits, trial presentation equipment, and other materials necessary for the trial of this matter to this Court's courtroom at an appropriate time on Monday, June 8, 2015, so that it may be securely stored there in readiness for the start of trial the following morning. A proposed order to this effect is lodged herewith and will also be emailed to the Court.

Dated: June 5, 2015

Respectfully submitted,

Marsha J. Chien
Christopher Ho
The LEGAL AID SOCIETY –
EMPLOYMENT LAW CENTER

By:  /s/
MARSHA J. CHIEN

Attorneys for Plaintiff
VICTOR GUERRERO

1  Marsha J. Chien, State Bar No. 275238
   Christopher Ho, State Bar No. 129845
2  THE LEGAL AID SOCIETY –
      EMPLOYMENT LAW CENTER
3  180 Montgomery Street, Suite 600
   San Francisco, California 94104
4  Telephone: (415) 864-8848
   Facsimile: (415) 593-0096
5  mchien@las-elc.org
   cho@las-elc.org
6
7  Attorneys for Plaintiff
   VICTOR GUERRERO
8

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose true names are unknown,<br><br>　　Defendants. | Case No.: C 13-5671-WHA<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF<br><br>[Civil L.R. 7-11] |

　　The Court has before it the motion of Plaintiff's motion for administrative relief regarding the transportation of his trial materials to Courtroom 8 in anticipation of the commencement of trial herein at 9:00 a.m. on June 9, 2015.

{00438107.DOC} 1                                              No. C 13-5671 WHA
[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR ADMINISTRATIVE RELIEF

GOOD CAUSE APPEARING, Plaintiff's motion is **GRANTED**. The Court hereby directs the United States Marshal, subject to any appropriate security protocols, to permit Plaintiff's counsel to bring his trial exhibits, trial presentation equipment, and other materials necessary for the trial of this matter to this Court's courtroom at an appropriate time on Monday, June 8, 2015, so that it may be securely stored there in readiness for the start of trial the following morning. Plaintiff's counsel is ordered to contact the Marshal as soon as possible to make the necessary arrangements

**IT IS SO ORDERED.**

Dated: June  8  , 2015

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE