1
2
3
4
5
6
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12  **VICTOR GUERRERO,**                    Case No. 3:13-CV-05671 WHA

13                          Plaintiff,      **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF UNDER CIVIL LOCAL RULE 7-11**

14       v.

15  **CALIFORNIA DEPARTMENT OF CORRECTIONS AND**
16  **REHABILITATION; STATE PERSONNEL BOARD; and, in their official**
17  **capacities, JEFFREY BEARD, Secretary of the California Department of Corrections**
18  **and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board;**
19  **K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE,**
20  **Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX,**
21  **Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose names**
22  **are unknown,**

23                          Defendants.

24

25     This Court, having read and considered defendants' administrative motion regarding

26  transportation of their trial materials to Courtroom 8 on the 19th Floor, in anticipation of the June

27  15, 2015, trial in this matter, and finding good cause, orders that the California Department of

28

                                   1

Corrections and Rehabilitation Defendants' (CDCR Defendants) administrative motion, pursuant to Civil Local Rule 7-11 is GRANTED.

THEREFORE, IT IS HEREBY ORDERED that the UNITED STATES MARSHAL permit defendants, subject to security protocols, to transport their trial materials, trial exhibits, and other materials necessary for the trial of this matter to Courtroom 8 on the 19th Floor at an appropriate time on Friday, June 12, 2015, so that it may be securely stored there until the commencement of trial the following Monday, June 15, 2015, at 7:30 a.m.

**IT IS SO ORDERED.**

Dated:  June 10, 2015.

HON. WILLIAM H. ALSUP
United States District Judge

2

[Proposed] Order Granting Defs.' Mot. Admin. Relief (3:13-CV-05671 WHA)