IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION AND STATE PERSONNEL BOARD,

    Defendants.

No. C 13-05671 WHA

**ORDER RE INCOMPLETE EVIDENCE**

The Court has identified missing pages in the Exhibit 185 that was provided after trial. Parties' Joint Trial Exhibit List (Dkt. No. 241) states that Exhibit 185 contains pages AGO003260–AGO003514. Exhibit 185 lodged with the Court, however, includes only pages AGO003260–AGO003393.

By **JUNE 26, 2015**, **AT NOON**, the parties shall correct their errors. The Court is disappointed that counsel left the court with incomplete evidence. Counsel should not expect the Court to extend this curative opportunity as further gaps emerge.

**IT IS SO ORDERED.**

Dated: June 24, 2015.

                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE