Marsha J. Chien, State Bar No. 275238
Christopher Ho, State Bar No. 129845
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail: mchien@las-elc.org
            cho@las-elc.org

Attorneys for Plaintiff
VICTOR GUERRERO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose names are unknown,<br><br>    Defendants. | Case No. 3:13-cv-05671-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE ERROR ON DEPOSITION READ-IN**<br><br>Trial Date: June 15, 2015<br>Time: 7:30 a.m.<br>Ctrm: 8 (19th Floor)<br><br>[Hon. William Alsup] |

## STIPULATION

On Monday, June 15, 2015, during the trial of this matter and in the course of reading from the deposition transcript of Barbara Leashore, counsel for Plaintiff inadvertently omitted a question and answer from that transcript. The omitted portion was later read into the record at 178:21-23 of that day's trial transcript. Exh. A to Declaration of Elizabeth Fulton ("Fulton Decl."). The reporter noted this omitted portion, as well as the discussion thereon between counsel and the Court, on an index page of the June 15 trial transcript (67:14). Exh. B to Fulton Decl. The Court subsequently directed the parties to meet and confer with respect to a stipulation that would identify and rectify this error in the read-in.

The parties hereby stipulate that the omitted portion (178:21-23) be treated as if it had been read between lines 16 and 17 on page 173 of the June 15 trial transcript, Exh. C to Fulton Decl., so as to accurately track the deposition of Ms. Leashore.

This stipulation is submitted jointly by all the parties to this action. In compliance with Civil L.R. 5-1(i)(3), the undersigned filer of this document attests that concurrence in the filing of this document has been obtained from each of the other signatories. Pursuant to Civ. L.R. 7-12, a complete list of the parties is contained on the signature page of this document. A proposed order is appended herewith.

DATED:   June 23, 2015

    Marsha J. Chien
    Christopher Ho
    LEGAL AID SOCIETY- EMPLOYMENT
    LAW CENTER

By:   /s/ Marsha J. Chien
        MARSHA J. CHIEN

Attorneys for Plaintiff

DATED: June 23, 2015

    Alvin Gittisriboongul
    Dorothy Bacskai Egel
    STATE PERSONNEL BOARD

    By: /s/
        DOROTHY BACSKAI EGEL

    Attorneys for SPB and SPB Individual Defendants

DATED: June 23, 2015

    Christopher M. Young
    Fiel D. Tigno
    Miguel A. Neri
    CALIFORNIA DEPARTMENT OF JUSTICE

    By: /s/
        Christopher M. Young

    Attorneys for CDCR and
    CDCR Individual Defendants

**[PROPOSED] ORDER**

Pursuant to stipulation, and good cause appearing, IT IS SO ORDERED. The June 15, 2015 trial transcript shall be treated as if the matters appearing at 178:21-23 had instead been read in between lines 16 and 17 on page 173 of that transcript.

Dated: June  29 , 2015

_____
**WILLIAM ALSUP**
**UNITED STATES DISTRICT JUDGE**