Marsha J. Chien, State Bar No. 275238
Christopher Ho, State Bar No. 129845
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail: mchien@las-elc.org
        cho@las-elc.org

Attorneys for Plaintiff
VICTOR GUERRERO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose names are unknown,<br><br>　　　　　Defendants. | Case No. 3:13-cv-05671-WHA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE "MISSING TRIAL BRIEFS"**<br><br>[Civil L.R. 7-11] |

The Court has before it the motion of Plaintiff's motion for administrative relief regarding the filing of missing trial briefs.  Doc. No. 256.

GOOD CAUSE APPEARING, Plaintiff's motion is **GRANTED**.

DATED:  July 15, 2015

Marsha J. Chien
Christopher Ho
LEGAL AID SOCIETY- EMPLOYMENT LAW CENTER

By:   /s/ Marsha J. Chien
          MARSHA J. CHIEN

Attorneys for Plaintiff

1
2        **IT IS SO ORDERED.**
3   Dated: ~~June~~ July 17, 2015
4   _____
           WILLIAM ALSUP
5          UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28