1  KAMALA D. HARRIS
   Attorney General of California
2  MIGUEL A. NERI
   Supervising Deputy Attorney General
3  State Bar No. 132875
     1515 Clay Street, 20th Floor
4    P.O. Box 70550
     Oakland, CA  94612-0550
5    Telephone:  (510) 622-2205
     Fax:  (510) 622-2270
6    E-mail:  Miguel.Neri@doj.ca.gov
   *Attorneys for Defendants CA Department of*
7  *Corrections and Rehabilitation; Jeffrey Beard,*
   *Secretary of CDCR; K. Carroll, Lieutenant; D.*
8  *Sharp, Sergeant; C. Hester, Lieutenant; V. Mayol,*
   *Lieutenant; S. Cox, Lieutenant; and V. Myers,*
9  *Sergeant*

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO, | 3:13-CV-05671 WHA |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING DEFENDANT CDCR'S REQUEST TO FILE MISSING TRIAL BRIEFS |
| v. | |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose names are unknown, | Courtroom:  8 (19th Floor)<br>Trial Date:  June 9, 2015<br>Time:  9:00 a.m.<br>Judge:  Honorable William H. Alsup<br>Action Filed:  December 9, 2013 |
| Defendants. | |

The Court has before it the CDCR's Request to File Missing Trial Briefs. Doc. No. 255.

GOOD CAUSE APPEARING, CDCR's Request is **GRANTED.**

Dated: July 17, 2015

_____
WILLIAM H. ALSUP
United States District Judge

OK2013902004
90533344