IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION;
STATE PERSONNEL BOARD; et al.,

    Defendants.

No. C 13-05671 WHA

**ORDER RE ADMINISTRATIVE MOTIONS TO REDACT TRIAL RECORD**

The parties have filed dueling administrative motions regarding redaction of the SSNs mentioned during trial. Guerrero proposes to lodge two sets of the listed trial exhibits sought to be redacted: (1) one set in which the first five digits of the SSNs are redacted, in compliance with Rule 5.2(a)(1); and (2) a second set, in which the last four digits of the SSNs are redacted. Guerrero seeks leave to lodge the additional, second set inasmuch as throughout the trial of this matter, SSNs were referred to by their first five digits.

CDCR, on the other hand, proposes to redact only the first five digits of every SSN mentioned, in compliance with Rule 5.2. CDCR states that it has hired a vendor to complete these redactions.

This is a problem that the parties should be able solve on their own. Both sides are **HEREBY ORDERED TO MEET AND CONFER** regarding redaction of the SSNs in the trial record and submit a joint proposal to the Court by **OCTOBER 7, 2015.**

**IT IS SO ORDERED.**

Dated: September 28, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE