IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; et al.,

    Defendants.

No. C 13-05671 WHA

**JUDGMENT**

For the reasons stated in the accompanying order granting relief, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of plaintiff and against defendants. The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: September 28, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE