Christopher Ho, State Bar No. 129845
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail: cho@las-elc.org

Attorneys for Plaintiff
VICTOR GUERRERO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose names are unknown,<br><br>　　　　Defendants. | Case No. 3:13-cv-05671-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER ENLARGING TIME FOR SUBMISSION OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND BILL OF COSTS**<br><br>[Civ. L.R. 6-2]<br><br>[Hon. William Alsup] |

1	As the Court entered judgment in this matter on September 28, 2015, Plaintiff currently has 13 days, or until October 12, 2015, by which to file a motion for attorneys' fees and a bill of costs relating to his litigation expenses pursuant to Fed.R.Civ.P. 54(d) and Civ. L.R. 54-1 and 54-5. The parties to this matter hereby stipulate pursuant to Local Rule 6-2, however, that the Plaintiff may have additional time, up until and including October 30, 2015, by which to file the two aforementioned matters. The proposed enlargement of time will permit the parties an adequate opportunity to meet and confer in an effort to resolve the fees and costs matters without the need for the Court's involvement. A declaration to this effect is filed herewith.

In the event that the parties are unable to informally resolve those matters, the parties further request that Defendants have 21 days, or until November 20, 2015 to file their oppositions, and that in view of the Thanksgiving holiday, Plaintiff have until December 3, 2015 to file his replies. The parties further request that the hearing on both matters be set for December 17, 2015.

A proposed order is lodged herewith.

Dated:  September 29, 2015		Respectfully submitted,

						Christopher Ho
						THE LEGAL AID SOCIETY –
						   EMPLOYMENT LAW CENTER


					By:	_____/s/_____
						CHRISTOPHER HO

						Attorneys for Plaintiff
						VICTOR GUERRERO


Dated:  September 29, 2015		Miguel A. Neri
						Fiel D. Tigno
						Christopher M. Young

By:      /s/
          MIGUEL A. NERI

Attorneys for Defendant CDCR and Individual CDCR Defendants

Dated: September 29, 2015

Alvin Gittisriboongul
Dorothy Bacskai Egel

By:      /s/
          DOROTHY BACSKAI EGEL

Attorneys for Defendant SPB and Individual SPB Defendants

## [~~PROPOSED~~] ORDER

Good cause appearing, the stipulation of the parties is approved.  Plaintiff may file his motion for attorneys' fees and bill of costs in this matter by no later than October 30, 2015.  Defendants shall have until November 20, 2015 to file their oppositions thereto.  Plaintiff's reply briefs will be due on December 3, 2015.  The hearing on both matters will be set for December 17, 2015, at  8:00   a .m.

**SO ORDERED.**

Dated: September 30, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE