Christopher Ho, State Bar No. 129845
THE LEGAL AID SOCIETY –
  EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104
Telephone: (415) 864-8848
Facsimile: (415) 593-0096
E-mail: cho@las-elc.org

Attorneys for Plaintiff
VICTOR GUERRERO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose names are unknown,<br><br>　　　　Defendants. | Case No. 3:13-cv-05671-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING REDACTION OF TRIAL EXHIBITS ADMITTED INTO EVIDENCE**<br><br>[Hon. William Alsup] |

1 | Prior to the trial of this matter, the parties and Court agreed that redaction of personally identifying information from trial exhibits would be undertaken after the conclusion of the trial, once it had been determined which of those exhibits would actually be admitted into evidence. Pursuant to the Court's order of September 28, 2015 (Doc. No. 276), the parties have meet and conferred, and propose the following process to effect the redaction of the admitted exhibits:

1. By December 4, 2015, the parties shall provide the Court with versions of all admitted exhibits redacted of personal (as opposed to business) names, addresses, telephone numbers, email addresses, birth dates, drivers' license numbers, and passport numbers. Additionally, all Social Security numbers and financial account numbers on the admitted exhibits will be redacted to show only their last four digits, consistent with Fed.R.Civ.P. 5.2(a)(1). Plaintiff will provide redacted versions of Trial Exhibits 1, 2, 4, 8, 9, 10, 11, 68, 126, 127, 129, 149, 225, 230, 234, 234A, 307, 310, 324, 371D, and 371F. CDCR will provide redacted versions of Trial Exhibits 174-221, 223-224, 371 and 380.

2. The Court shall substitute the redacted versions for the original exhibits, and seal the originals.

3. In the interests of creating a clear record for purposes of appeal, and consistent with its finding that the invalid SSN once used by the Plaintiff was not issued to anyone by the Social Security Administration until 2004 (Doc. No. 263, 4:12), the Court shall enter an order deeming that the five (or three) digits denoted by "xxx-xx," "x-xxxx", or "xxx" at Welch at RT 307:24, 313:24, 314:14, 322:14-22, 323:1, and 336:4 are the same as the first five (or first three) digits of "xxx-xx-6544" where those appear in the admitted trial exhibits.[1]

---

[1] As the Court will recall, Plaintiff offered the testimony of private investigator Kendall Welch to demonstrate that the invalid SSN (xxx-xx-6544) that the Plaintiff had used before he obtained his own SSN (Welch at RT 306:21) had not been issued by the Social Security Administration ("SSA") until March 2004 at the earliest. Welch at RT 305-12. As part of her testimony, Ms. Welch referred to a printout from the SSA's website, admitted into evidence as Trial Exhibit 24E, that listed the first five digits of the SSNs that had not been issued by the SSA until March 2004. One of the five-digit sequences listed on the website matched the first five digits of the invalid SSN that Plaintiff had previously used. Welch at RT 313:16-314:20. Since all SSNs appearing in admitted exhibits (including the invalid SSN) will be redacted of their first five digits, the proposed clarifying order of the Court is needed to indicate that the first five

A proposed order is appended hereto.

Dated:  October 7, 2015                    Respectfully submitted,

                                      Christopher Ho
                                      THE LEGAL AID SOCIETY –
                                          EMPLOYMENT LAW CENTER

                         By:        /s/Christopher Ho
                                    CHRISTOPHER HO

                                      Attorneys for Plaintiff
                                      VICTOR GUERRERO

Dated:  October 7, 2015                    Miguel A. Neri
                                      Fiel D. Tigno
                                      Christopher M. Young

                         By:        /s/Fiel D. Tigno
                                    FIEL D. TIGNO

                                      Attorneys for Defendant CDCR and Individual
                                      CDCR Defendants

Dated:  October 7, 2015                    Alvin Gittisriboongul
                                      Dorothy Bacskai Egel

                         By:        /s/Dorothy Backsai Egel
                                    DOROTHY BACSKAI EGEL

                                      Attorneys for Defendant SPB and Individual SPB
                                      Defendants

---

digits of the invalid SSN correspond to one of the relevant five-digit sequences from the SSA's website printout.

**[PROPOSED] ORDER**

Good cause appearing, the stipulation of the parties concerning the redaction of personally identifying information from the exhibits admitted into evidence at trial is approved. Accordingly:

1. By December 4, 2015, the parties shall provide the Court with versions of all admitted exhibits redacted of personal (as opposed to business) names, addresses, telephone numbers, email addresses, birth dates, drivers' license numbers, and passport numbers. Additionally, all Social Security numbers and financial account numbers on the admitted exhibits will be redacted to show only their last four digits, consistent with Fed.R.Civ.P. 5.2(a)(1). Plaintiff will provide redacted versions of Trial Exhibits 1, 2, 4, 8, 9, 10, 11, 68, 126, 127, 129, 149, 225, 230, 234, 234A, 307, 310, 324, 371D, and 371F.  CDCR will provide redacted versions of Trial Exhibits 174-221, 223-224, 371 and 380.

2. The Court shall substitute the redacted versions for the original exhibits, and seal the originals.

3. The five (or three) digits denoted by "xxx-xx," "x-xxxx", or "xxx" at Welch at RT 307:24, 313:24, 314:14, 322:14-22, 323:1, and 336:4 are the same as the first five (or first three) digits of "xxx-xx-6544" where those appear in the admitted trial exhibits.

**SO ORDERED.**

Dated: October 8, 2015.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE