IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD; and, in their official capacities, JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. HESTER, Lieutenant; V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant; JOHN (OR JANE) DOES 1-100, all of whose names are unknown,<br><br>　　　　　　　　　　　　Defendants. | Case No. 3:13-CV-05671 WHA<br><br>[~~PROPOSED~~] ORDER SUBSTITUTING REDACTED VERSIONS OF TRIAL EXHIBITS 174-221, 223-224, 371, 371A, 371B, 371C, 371E, 372, 373 and 380; ORDER SEALING ORIGINAL TRIAL EXHIBITS 174-221, 223-224, 371, 371A, 371B, 371C, 371E, 372, 373 and 380 |

　　Good cause appearing, the Court GRANTS the CDCR Defendants motion for administrative relief, and hereby substitutes the redacted versions of Trial Exhibits 174-221, 223-224, 371, 371A, 371B, 371C, 371E, 372, 373 and 380, deposited with the Court Clerk by the CDCR Defendants on October 30, 2015, for the original, unredacted Trial Exhibits 174-221, 223-

1

224, 371, 371A, 371B, 371C, 371E, 372, 373 and 380.  The redacted versions of Trial Exhibits 174-221, 223-224, 371, 371A, 371B, 371C, 371E, 372, 373 and 380 are hereby SUBSTITUTED for the originals.

The Court further ORDERS that the original Trial Exhibits 174-221, 223-224, 371, 371A, 371B, 371C, 371E, 372, 373 and 380, are hereby PLACED UNDER SEAL and shall be kept from public inspection.

IT IS SO ORDERED.

Dated: November 4, 2015.

_____
WILLIAM ALSUP
United States District Judge