IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>　　Plaintiff,<br><br>　v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD,<br><br>　　Defendants.<br>　　　　　　　　　　　　　　　　　　／ | No. C 13-05671 WHA<br><br>**ORDER APPOINTING ATTORNEY CHRISTINA CHEN AS SPECIAL MASTER** |

　　Pursuant to Rules 53(c) and 54(d)(2)(D), this order hereby appoints Attorney Christina Chen, formerly of Morrison & Foerster, LLP, as a special master regarding attorney's fees in this case. As a service to the Court and to save the parties expense, Attorney Chen has generously agreed to cap her hourly rate at **$200 PER HOUR**. The Court will allocate the fees of the special master in a fair and reasonable manner, taking into account the reasonableness of the parties' respective positions and the special master's recommendation in this regard. If the movant must pay, then the special master's compensation shall be *deducted* from the attorney's fee award. If the opposing party must pay the special master, then it shall pay the special master *and* pay the award. The Court will, however, reserve final judgment on allocation of the expense of the special master until a final determination of the fee issues.

　　As a preliminary matter, counsel for all parties shall participate in a phone conference with Attorney Chen to discuss any conflict-related matters by **FEBRUARY 15, 2016.** Attorney

Chen's phone number is (415) 999-3858 and her email is cpc15@cornell.edu.  By **FEBRUARY 17 AT NOON**, the parties must submit any objection to Attorney Chen serving as special master based on any conflict.  If no reasonable objections are filed, a subsequent order will lay out the scope of Attorney Chen's duties and set a time line for her report and recommendation.

**IT IS SO ORDERED.**

Dated: February 10, 2016.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE