IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION;
STATE PERSONNEL BOARD,

    Defendants.

No. C 13-05671 WHA

**ORDER RE SPECIAL MASTER**

Based on defendants' objection, the appointment of Attorney Matthew Borden as special master is hereby **VACATED**. The Clerk shall please add Attorney Christina Chen to the docket as special master.

**IT IS SO ORDERED.**

Dated: February 10, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE