IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO, | No. C 13-05671 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION TO ENFORCE JUDGMENT AND MOTION FOR CONTEMPT** |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD, | |
| Defendants. | |

Our court of appeals has denied CDCR's motion for a stay of this Court's judgment. This means that our court of appeals intends for CDCR to comply with the relief granted herein. Accordingly, plaintiff's motion to enforce the judgment and for contempt (Dkt. No. 341) is **DENIED AS MOOT**. CDCR must comply with the judgment of this Court (Dkt. Nos. 277–78).

**IT IS SO ORDERED.**

Dated: April 11, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE