IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; STATE PERSONNEL BOARD,

    Defendants.

No. C 13-05671 WHA

**ORDER REGARDING CDCR'S PAYMENT OF SPECIAL MASTER FEE**

On June 16, 2016, an order directed the parties to "promptly" pay the fees of the special master, Attorney Christina Chen. All parties have paid their portions of the fees except for the California Department of Corrections and Rehabilitation (CDCR). CDCR shall pay its portion of the fees by **SEPTEMBER 13, 2016**. Failure to do so will result in an order to show cause.

**IT IS SO ORDERED.**

Dated: September 7, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE