IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR GUERRERO,<br><br>   Plaintiff,<br><br>   v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION; STATE PERSONNEL BOARD; and in their official capacities JEFFREY BEARD, Secretary of the California Department of Corrections and Rehabilitation; SUZANNE AMBROSE, Executive Officer of State Personnel Board; K. CARROLL, Lieutenant; D. SHARP, Sergeant; BARBARA LEASHORE, Hearing Officer; C. Hester, Lieutenant, V. MAYOL, Lieutenant; S. COX, Lieutenant; V. MYERS, Sergeant,<br><br>   Defendants.<br>_____/ | No. C 13-05671 WHA<br><br>**ORDER RE SEPTEMBER 12 CASE MANAGEMENT CONFERENCE** |

As set forth on the record, the parties shall respond to the Court's suggestion by no later than **SEPTEMBER 29 AT NOON**.

**IT IS SO ORDERED.**

Dated: September 12, 2017.

                                              /s/ William Alsup
                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE