1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

        Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, and STATE
PERSONNEL BOARD,

        Defendants.

_____/

No. C 13-05671 WHA

**ORDER RE PLAINTIFF'S REQUEST
TO CONSIDER SETTLEMENT
OFFER**

      The parties shall have until **TUESDAY OCTOBER 10** to inform the Court as to whether

they have reached a settlement. Thereafter, the Court will assign a special master to resolve any

outstanding fee dispute.

      **IT IS SO ORDERED.**

Dated: October 4, 2017.

                          _____
                          WILLIAM ALSUP
                          UNITED STATES DISTRICT JUDGE