IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, and STATE PERSONNEL BOARD,

    Defendants.

No. C 13-05671 WHA

**ORDER RE OBJECTION TO COSTS**

On October 17, defendant State Personnel Board submitted a bill of costs. SPB is seeking a total of $13,203.70 incurred in defending this action (Dkt. No. 389-1).

Plaintiff opposes an award of costs altogether on the grounds that paying these costs would be a hardship for him due to his limited financial resources, and awarding costs would discourage future meritorious employment discrimination suits. Plaintiff also objects costs on the separate grounds that they are not taxable (Dkt. No. 391). The State Personnel Board may respond to plaintiffs arguments by **NOVEMBER 9**.

**IT IS SO ORDERED.**

Dated: October 31, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE