IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND
REHABILITATION, and STATE
PERSONNEL BOARD,

    Defendants.
                              /

No. C 13-05671 WHA

**ORDER GRANTING IN PART GUERRERO'S MOTION FOR LEAVE TO FILE A REPLY**

On October 17, defendant State Personnel Board submitted a bill of costs seeking a total of $13,203.70 incurred in defending this action (Dkt. No. 389-1). Plaintiff Victor Guerrero opposed on the grounds that paying these costs would be a hardship for him due to his limited financial resources, and awarding costs would discourage future meritorious employment discrimination suits. Guerrero also objected to certain costs on the separate ground that they are not taxable (Dkt. No. 391).

With leave of Court, SPB responded to Guerrero's motion, raising issues regarding Guerrero's ability to pay costs as well as the appropriateness of certain individual costs (Dkt. No. 394). Guerrero now seeks leave to file a reply. SPB opposes, and in the alternative asks that if Guerrero is permitted to reply, SPB be permitted to file a surreply.

Having considered the parties' arguments, Guerrero's motion for leave to file a reply is **GRANTED** only insofar as it responds to newly-raised issues regarding Guerrero's ability to pay costs. The Court will consider only those portions of the brief submitted in connection with his

motion for leave to file a reply. His motion is otherwise **DENIED**. SPB's motion for leave to file a surreply is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 28, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE