IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VICTOR GUERRERO,

    Plaintiff,

  v.

CALIFORNIA DEPARTMENT OF
CORRECTIONS AND REHABILITATION;
STATE PERSONNEL BOARD,

    Defendants.

No. C 13-05671 WHA

**MODIFIED JUDGMENT**

For the reasons set forth in the decision of our court of appeals (Dkt. No. 370), judgment is hereby modified. Judgment is entered in favor of defendant State Personnel Board, and against plaintiff Victor Guerrero. The previous judgment in favor of Guerrero and against defendant California Department of Corrections and Rehabilitation remains undisturbed.

**IT IS SO ORDERED.**

Dated: December 9, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE